# JSDC SCAN INDEX SHEET










```
KAT    11/13/00    8:05
3:00-M -03174    USA V. HENRIQUEZ
*1*
*CRCMP.*
```



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Magistrate Case No. **00 mg 3174** |
| | ) | |
| v. | ) | COMPLAINT FOR VIOLATION OF |
| | ) | 18 U.S.C. 656 (Felony) |
| LOUIS HENRIQUEZ | ) | 18 U.S.C. 656 (Misdemeanor) |
| | ) | Misapplication of Funds by Bank Employee |
| | ) | |

BEFORE __Judge Porter__, San Diego, California
United States Magistrate Judge

The undersigned complainant, being duly sworn states:

### COUNT ONE

That on or between August 9, 2000 and October 18, 2000, within the Southern District of California, defendant Louis Henriquez, being an employee of Washington Mutual Bank, 10 Town Center Parkway, Santee, California 92071, the deposits of which were then insured by the Federal Deposit Insurance Corporation, with the intent to injure and defraud, did knowingly and willfully embezzle, abstract, purloin, and willfully misapply the sum of approximately $12,900.00 of the moneys, funds, and credits entrusted to the care and custody of said bank, and under the care, custody, and control of the defendant as such employee; a felony, in violation of Title 18, United States Code, Section 656.

### COUNT TWO

That on or between August 9, 2000 and October 18, 2000, within the Southern District of California, defendant Louis Henriquez, being an employee of Washington Mutual Bank, 10 Town Center Parkway, Santee, California 92071, the deposits of which were then insured by the Federal Deposit Insurance Corporation, with the intent to injure and defraud, did knowingly and willfully embezzle, abstract, purloin, and willfully misapply the moneys, funds, and credits entrusted to the care and custody of said bank, and under the care, custody, and control of the defendant as such employee; a misdemeanor, in violation of Title 18, United States Code, Section 656.

And the complainant states that this complaint is based on the attached statement of facts which is incorporated herein by reference.

Signature of Complainant
H. Dandridge Myles, Special Agent, FBI

Sworn to before me and
Subscribed in my presence
this ___ day of ___, 2000.

UNITED STATES MAGISTRATE JUDGE

<u>AFFIDAVIT</u>

STATE OF CALIFORNIA  )
                     ) ss.
COUNTY OF SAN DIEGO  )

I, H. Dandridge Myles, being first duly sworn, depose and say:

1. I am a Special Agent of the Federal Bureau of Investigation (FBI) and I am assigned to the San Diego Division.

2. Washington Mutual Bank, 10 Town Center Parkway, Santee, California 92071, was insured by the Federal Deposit Insurance Corporation (FDIC) at the time the events described herein occurred.

3. On November 6, 2000, Fred Nourse, Investigator, Washington Mutual Bank, advised the FBI that on or between August 9, 2000 to October 18, 2000, Louis Henriquez (hereinafter Henriquez), while employed by Washington Mutual Bank at 10 Town Center Parkway, Santee, California 92071, abstracted $12,900.00 from funds entrusted to the bank. Henriquez took the funds via seven unauthorized withdrawals from four different customer accounts. Henriquez subsequently shredded the withdrawal slips used during the transactions. The funds were used for his personal benefit and were abstracted without authorization and against bank policy.

4. On November 2, 2000, Henriquez provided a written statement admitting his actions as set forth in paragraph 3.

H. Dandridge Myles
Special Agent, FBI

Subscribed and sworn before me this _____ day of _____ 2000.

United States Magistrate Judge

## Magistrate Information Sheet

1. Dis. Auth _____ 1A. USAO # _____ Ct.# _____ Agency # _____ 2. Hg. Date _____
3. AUSA _RBT_ 4. Mag. _____ 5. Mat.Wit.: Cust: NO. Arraign M/W Release M/W Other

Def. # _1_ of _1_ 6. Def Name: _Louis Henriquez_ Soc.Sec.# _565 83-2795_
Alias: _____ Birth Date _7/7/77_
Address: _10872 Camino Ruiz, San Diego, CA 92126_

7. Flip? (Yes) No Charges _18 USC 656_  8. Arrest Date _____

Penalties _____ Place of Arrest: _____
Agent _H Dandridge Myles_ Phone #: _858-874-5106_ Date Committed: _____
Agency _FBI_ Program Category: _____

9. Custody? Yes (No)    10. Citizenship? (U.S.) Mex. Other _____

11. INS Status: Res Bcc Illegal Other _____
Prior Deports: _____ Prior VR's _____
Prior Record: _____

Drug Usage: _____ How Evidenced? _____
Cash on Def. $ _____ Other Evidence _____

Agents Fact Summary:

Henriquez abstracted $12,900 in funds entrusted to Washington Mutual Bank by falsifying withdrawal slips for four different accounts through seven transactions.

Agents Bail Info (Employment, Family, Etc.) _____

Vehicle Seized (Describe) _____ Mat/Wit Atty: _____
12. Def. Atty: Apptd. Rtd. To Retain   13. Def. Atty. Name _____
14. Plea: Guilty Count _____ NG Nolo   15. RCD? Yes No 16. Sent. _____
Con't Sent _____                         16A. S.A. # _____  17. Dism? Ct. Govt.
18. Next Court for _____ 19. Date _____ 20. Time _____ and for _____ on _____ at _____
21. Bond Set _____
                                    Conditions _____
22. Pers Info _____
23. Sentencing Guidelines: _____
24. Potential Forfeitures _____

Gov't Sent Recommendation: _____
Defendant's Sent Recommendation: _____
Probation Dept Recommendation: _____

Rev: 8/90